**PRINTING SERVS. OF GREENSBORO, INC. v. AMERICAN CAPITAL GRP., INC.**

[361 N.C. 347 (2007)]

PRINTING SERVICES OF GREENSBORO, INC. v. AMERICAN CAPITAL GROUP, INC.

No. 599A06

(Filed 4 May 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 180 N.C. App. 70, 637 S.E.2d 230 (2006), affirming in part and reversing in part and remanding a judgment entered 8 November 2005 by Judge Catherine C. Eagles in Superior Court, Guilford County. Heard in the Supreme Court 11 April 2007.

*Robertson, Medlin & Blocker, PLLC, by Stephen E. Robertson, for plaintiff-appellee.*

*The Wescott Law Firm P.C., by Lynanne B. Wescott, for defendant-appellant.*

*Christopher G. Browning, Jr., Solicitor General; Gary R. Govert, Special Deputy Attorney General; and M. Lynne Weaver and Philip A. Lehman, Assistant Attorneys General, for Attorney General Roy Cooper, amicus curiae.*

PER CURIAM.

AFFIRMED.